■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY DARBY, Appellant.—Appeal by the defendant from three judgments of the County Court, Westchester County (Martin, J.), all rendered May 13, 1983, convicting him of criminal sale of a controlled substance in the first degree under indictment No. 82-00125, upon a jury verdict; criminal sale of a controlled substance in the second degree under indictment No. 82-00093, upon his plea of guilty; and criminal

sale of a controlled substance in the third degree, under indictment No. 82-00094, upon his plea of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

The defendant's contentions with regard to the admission into evidence of a certain tape recording and the court's charge on the defense of agency are not preserved for appellate review, and we decline to reach them in the interest of justice *(see,* CPL 470.05 [2]; *People v Hoke,* 62 NY2d 1022; *People v Thomas,* 108 AD2d 884).

With regard to the sentences, we find no violation of the defendant's constitutional rights *(see, People v Broadie,* 37 NY2d 100, *cert denied* 423 US 950; *People v Donovan,* 89 AD2d 968, *affd* 59 NY2d 834). Mollen, P. J., Thompson, Brown and Rubin, JJ., concur.